UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20219-CV-WILLIAMS

KATHERINE MARTINEZ,

    Plaintiff,

v.

GEICO CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 62) ("***Report***") on Defendant's Motion for Summary Judgment (DE 18) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant Defendant's Motion for Summary Judgment. (DE 62 at 1.) Specifically, the Report finds that "even considering the totality of circumstances in a light most favorable to Plaintiff…[Defendant] GEICO did not, as a matter of law, act in bad faith." (*Id.* at 21.) Plaintiff filed Objections to the Report (DE 67) and Defendant filed a Response (DE 71). The Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the Objections, and having considered the extensive record and the applicable law, it is **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (DE 62) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion for Summary Judgment (DE 18) is **GRANTED**.

3. All deadlines and hearings are **CANCELLED**. All pending motions are **DENIED AS MOOT**.

4. Judgement in favor of Defendant will be entered by way of a separate Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 1st day of February, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE